IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| VIVIAN FORTINI | * | CASE NO.: PWG-12-309 |
| 5509 Weywood Drive | | |
| Reisterstown, Maryland 21136 | * | |
| Plaintiff | * | |
| vs. | * | |
| ADVANCE STORES COMPANY, INC. | * | |
| 5673 Airport Road | | |
| Roanoke, Virginia 24012 | * | |
| Defendant | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**<u>AMENDED COMPLAINT & ELECTION FOR JURY TRIAL</u>**

VIVIAN FORTINI, Plaintiff by her attorney, Ronald S. Kowitz, sues ADVANCE STORES COMPANY, INC., Defendant.

1.     That on the 6th day of March, 2011, the Defendant, ADVANCE STORES COMPANY, INC., was the owner of, maintained and operated the Advance Auto Parts located at Reisterstown Road in Reisterstown, Maryland.

2.     That at said time and place, the Defendant, by and through their agents, servants and employees, and in the conduct and operation of said business, held out and extended to members of the general public an implied invitation to enter upon the premises for the purpose of purchasing various items.

3.     That at said time and place, Plaintiff was a member of the general public and entered upon said premises pursuant to said implied invitation.

4. That the Defendant, through its agents, servants and/or employees, maintained the premises in a generally unsafe condition by failing to provide a safe walkway for the customers in that they failed to properly maintain the various entrance ways by keeping them clear of any debris causing an unsafe condition to the general public.

5. That the Defendant, through its agents, servants and/or employees knew, or should have known of the unsafe conditions caused by this improper maintenance.

6. That the Defendant, through their agents, servants and/or employees failed to warn persons entering upon the said premises of the then existing unsafe and dangerous conditions.

7. That the Plaintiff, entering the store and walking into the entrance, was caused to slip and fall as a result of the unsafe and dangerous condition of said floor.

8. That as a result of the Defendant's negligence, the Plaintiff was caused to sustain serious, painful and permanent injuries.

9. That as a proximate cause of the Defendant's negligence, the Plaintiff was caused to undergo extensive medical treatment for the care of her said injuries.

10. That as a result of the Defendant's negligence, the Plaintiff was caused to experience pain and mental anguish from the treatment of her said injuries.

11. That the Plaintiff further alleges that all her injuries, damages and losses past, present and prospective were caused solely by the negligence of the Defendant.

12. Defendant, ADVANCE STORES COMPANY, INC., failed to exercise reasonable care and take the proper steps so as to avoid the injuries heretofore referred to all without any negligence or want of due care on the part of the Plaintiff contributing thereto.

13. That the Defendant was negligent by (a) failing to properly maintain the

3

premises floor; (b) failing to warn its customers of the unsafe condition; and (c) failing to clear debris on the premises floor.

WHEREFORE, suit is brought and the Plaintiff, VIVIAN FORTINI, demands judgment in the sum of ONE MILLION DOLLARS ($1,000,000.00) damages.

_____
Ronald S. Kowitz (No. 09836)
Law Office Ronald S. Kowitz
44 Westminster Road
Reisterstown, Maryland 21136
410-526-0050 phone
410-526-1445 fax
RKOWITZ@aol.com
Attorney For Plaintiff

### ELECTION FOR JURY TRIAL

The Plaintiff elects to have the above-entitled case tried before a Jury.

_____
**RONALD S. KOWITZ**