January 9, 2014

The Honorable Timothy J. Sullivan
United States Judge for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:    Vivian Fortini v. Advance Stores Company, Inc.
             Case No.: TJS-12-0309

Dear Judge Sullivan:

      Pursuant to my discussion with Karen Fish on January 9, 2014, this letter will serve to indicate that Plaintiff joins with Defense counsel and adopts documents electronically filed by the Defense on January 8, 2014, i.e. JOINT PRE-TRIAL ORDER, VOIR DIRE, JURY INSTRUCTIONS, DEFENDANT'S JOINT STATEMENT, DEFENDANT'S EXHIBIT LIST, which also includes Plaintiff's medical records and DEFENDANT'S PROPOSED VERDICT FORM.

      Thank you for your cooperation.

                                        Very truly yours,
                                        /s/ Ronald S. Kowitz
                                        Ronald S. Kowitz (No. 09836)
                                        Law Office Ronald S. Kowitz
                                        44 Westminster Road
                                        Reisterstown, Maryland 21136
                                        410-526-0050 phone
                                        410-526-1445 fax
                                        RKOWITZ@aol.com
                                        Attorney For Plaintiff

RSK/ljo
cc: Les Gelhar, Esquire
    Cheryl L. Hitzel, Esquire